USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/1/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CONSTANCE ELAINE ARABATZIS,

                Plaintiff,

-v.-

UNITED VAN LINES, INC.; MANNING CLAIMS SVCS LLC,

                Defendants.

22 Civ. 10378 (JHR)

ORDER

---

JENNIFER H. REARDEN, District Judge:

    On May 10, 2023, Defendant United Van Lines, Inc. informed the Court that "the parties have settled this matter." ECF No. 14. The Court recognizes that Plaintiff is *pro se*. As neither Defendant has filed an answer or a motion for summary judgment in this case, under Federal Rule of Civil Procedure 41(a)(1), Plaintiff may file a notice of dismissal or a stipulation of dismissal signed by all parties who have appeared in this action. Fed. R. Civ. P. 41(a)(1). Unless the notice or stipulation states otherwise, or unless required under Rule 41(a), that dismissal will be without prejudice. *See* Fed. R. Civ. P. 41(a).

    Alternatively, Plaintiff may file a letter requesting that the Court dismiss the case. Unless otherwise requested by the Plaintiff (or required under Rule 41(a)), the Court will dismiss the action without prejudice. *See* Fed. R. Civ. P. 41(a)(2).

    The Clerk of Court is directed to mail a copy of this Order to the *Pro Se* Plaintiff.

    SO ORDERED.

Dated: June 1, 2023
       New York, New York

                                                */s/ Jennifer H. Rearden*
                                                JENNIFER H. REARDEN
                                                United States District Judge